# STATE OF LOUISIANA
# COURT OF APPEAL, THIRD CIRCUIT
## P.O. Box 16577
## Lake Charles LA 70616
## (337) 433-9403

# NOT DESIGNATED FOR PUBLICATION

Kathryn Fowler Van Hoof
VanHoof & Associates
P. O. Box 339
LeCompte LA 71346

## REHEARING ACTION: December 26, 2007

**Docket Number: 07  00708-CA**

**BERTHA MAE STOKES**
**VERSUS**
**ROSE CLARK REEVES, ET AL.**

**Appealed from Allen Parish Case No. C-2001-585**

<u>**BEFORE JUDGES**</u>**:**

    **Hon. Oswald A. Decuir**
    **Hon. Elizabeth A. Pickett**
    **Hon. J. David Painter**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Bertha Mae Stokes** has this day been

    **DENIED.**

cc: Craig Ray Hill, Counsel for the Appellee